IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TENEKA HARRELL, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1:18-cv-04382-MHC-JFK |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| R. JAMES PROPERTIES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Teneka Harrell and Defendant R. James Properties, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. The parties further stipulate that neither party will be deemed the prevailing party, and each will bear its own attorneys' fees, expenses, and costs.

Respectfully submitted the 7th day of February 2019.

**[Signatures of Following Page]**

/s/ V. Severin Roberts  
V. Severin Roberts  
Georgia Bar No. 940504  
Barrett & Farahany  
1100 Peachtree Street NE, Ste. 500  
Atlanta, GA 30309  
Phone: 404-214-0120  
severin@justiceatwork.com  
*Attorney for Plaintiff*

/s/ Gary Thomas  
Gary E. Thomas  
McLaughlin Law Firm  
11575 Great Oaks Way  
Suite 100  
Atlanta, GA 30022  
Phone: 470-415-5512  
gary.thomas@mgmesq.com  
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| TENEKA HARRELL, | ) | |
|---|---|---|
| | ) | Civil Action No. |
| Plaintiff, | ) | 1:18-cv-04382-MHC-JFK |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| R. JAMES PROPERTIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 7th day of February 2019.

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504